**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                  Chapter 13

    Fred A. Waycaster and                     Case Number: 20-30529-jda
    Sarah M. Waycaster,                       Hon. Joel D. Applebaum

        Debtors.

_____/

## ORDER DENYING CONFIRMATION OF DEBTORS' AMENDED PLAN

This matter is before the Court on the Chapter 13 Trustee's objection to confirmation of

Debtors' Amended Plan. For the reasons set forth in the Court's Opinion Denying Confirmation

of Debtors' Amended Plan of even date herewith,

IT IS HEREBY ORDERED that confirmation of Debtors' Amended Plan is DENIED.

**Signed on November 18, 2020**

                                            **/s/ Joel D. Applebaum**

                                            **Joel D. Applebaum**
                                            **United States Bankruptcy Judge**